# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

v.

**WARRANT FOR ARREST**

**DEBORAH GAIL FROCK**

CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

☞ 08 3485 PWG

YOU ARE HEREBY COMMANDED TO ARREST **DEBORAH GAIL FROCK**
and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

did employ, use, persuade, induce, or entice a minor to engage in, or did transport any minor in interstate or foreign commerce with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing visual depictions of such conduct, if such person knows or has reason to know that such visual depiction will be transported in interstate or foreign commerce or mailed, if that visual depiction was produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported in interstate or foreign commerce or mailed.

In violation of Title __18__ United States Code, Sections 2251(a).

| Paul W. Grimm | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of issuing Officer |
| [signature]  1040hrs.  Baltimore, Maryland  10/27/08  10/28/08 | |
| Signature of Issuing Officer  Date and Location | |

(By) Deputy Clerk

Bail Fixed at $ _N/A determine at initial appearance_ by Paul W. Grimm

Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

| | |
|---|---|
| DEBORAH GAIL FROCK<br>W/F, DOB: 5/21/1969 | CRIMINAL COMPLAINT<br>CASE NUMBER:<br>08 3485 PWG |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief.

From in or about July 2006 continuing through in or about August, 2006, in the State and District of Maryland, the defendant **DEBORAH GAIL FROCK,** did employ, use, persuade, induce, or entice a minor to engage in, or did transport any minor in interstate or foreign commerce with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing visual depictions of such conduct, if such person knows or has reason to know that such visual depiction will be transported in interstate or foreign commerce or mailed, if that visual depiction was produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported in interstate or foreign commerce or mailed.

all in violation of Title 18 United States Code, Section 2251(a)

I further state that I am a Special Agent with the Federal Bureau of Investigations, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

continued on the attached sheet and made a part hereof.

_____
Juan-Carlos Guerra
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, on this 28th day of October, 2008
in Baltimore, Maryland

HONORABLE PAUL W. GRIMM
United States Magistrate Judge

Signature of Judicial Officer

F 08 3485 PWG

## AFFIDAVIT

I, Juan-Carlos Guerra, ("Affiant"), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Baltimore Division, Baltimore, Maryland, being duly sworn, depose and state as follows, to wit:

1. I have been a Special Agent with the FBI since July 10, 2005. During this time, I have been assigned investigations involving computer crimes and crimes against children on the Internet. I am currently assigned to the FBI Baltimore Division Cyber Crime Squad and am responsible for investigations involving computer-related offenses to include violations involving child pornography and the sexual exploitation of children on the Internet. I have gained experience through training in seminars, classes, and everyday work related to conducting these types of investigations. I have participated in the execution of several warrants involving the search and seizure of computers, computer equipment, software, and electronically stored information.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

3. This affidavit is made in support of a criminal complaint for Deborah Gail Frock, date of birth ███ 1969, address 69 Liberty Street, Westminster, Maryland, currently being held at the Carroll County Detention Center, 100 North Court Street, Westminster, Maryland, for violations of Title 18, United States Code, Section 2251(a) (Production of Child Pornography).

## FACTS AND CIRCUMSTANCES

4. The statements in this affidavit are based upon my investigation and experience as a Special Agent of the FBI, and



information provided to me by Special Agent Victoria B. Backes of the FBI and Trooper First Class Todd Liddick, Maryland State Police. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for this application. The facts and circumstances of the offense and subsequent identification of the suspect are listed below.

## STATUTORY AUTHORITY

5. This investigation concerns alleged violations of Title 18, United States Code, Sections 2251(a). Title 18, United States Code Section 2251(a) makes it a federal crime for any person to employ, use, persuade, induce, or entice a minor to engage in, or to transport any minor in interstate or foreign commerce with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing visual depictions of such conduct, if such person knows or has reason to know that such visual depiction will be transported in interstate or foreign commerce or mailed, or if that visual depiction was produced using materials that have been mailed, shipped, or transported in interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported in interstate or foreign commerce or mailed.

6. Title 18, United States Code Section 2256(1) defines "minor" as any persons under the age of eighteen years old. Title 18 United States code Section 2256(2) defines "sexually explicit conduct" as "actual or simulated... sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex, masturbation, or the lascivious exhibition of the genitals or

pubic area of any person. Title 18 United States Code Section 2256(8) defines "child pornography" as "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where the production of such visual depictions involves the use of a minor engaging in sexually explicit conduct."

### BACKGROUND OF THE INVESTIGATION

7. According to Trooper First Class (TFC) Liddick, the victim, ███████████ date of birth ███████ 1989, was reported as a missing person on September 24, 2006 and was recovered on October 19, 2006. During this time, ██████ was seventeen years of age. Subsequent to her recovery, TFC Liddick interviewed ██████. ██████ told TFC Liddick that during the time she was a missing person she was harbored by Deborah Gail Frock, a distant relative with whom she had developed a friendship. ██████ provided TFC Liddick with information regarding Frock's involvement in criminal activity, to include her participation in the production of sexually explicit photographs and videos of ██████ taken when ██████ was a minor.

8. ██████ stated that in July or August 2006, she participated in a pornographic photo and video shoot at the Westminster Inn, Westminster, Maryland with an adult male, ██████████████, date of birth ██████ 1953. Frock transported ██████ to the Westminster Inn for the shoot. During this shoot, ██████ took nude photographs of ██████ alone, and took pictures and video while he had sexual intercourse with her. ██████ was paid $500 for the shoot that she subsequently provided to Frock.

9. On July 27, 2007, TFC Liddick obtained a search and seizure warrant from the District Court of Carroll County for

███████ residence located at ████████████████████ Germantown, Maryland. The search warrant was executed on July 31, 2007.

10. Numerous items of evidence were seized from ██████ home including a Compaq desktop computer located in ██████ basement. A forensic preview of the computer was conducted by Maryland State Police personnel. Your affiant reviewed the results of this preview and observed that the computer contained approximately one dozen images of ██████ naked and engaged in sexual acts with ██████

11. ██████ was interviewed by SA Victoria B. Backes on June 25, 2008. During this interview, ██████ admitted to conducting a pornographic photo shoot with ██████ at the Westminster Inn on two occasions. When he met with ██████ for the second shoot, ██████ was accompanied by an older female who represented herself as being ██████ agent. The female indicated she would return to the Westminster Inn to pick up ██████ following the shoot. ██████ admitted to taking sexually explicit pictures and video of ██████ depicting oral and vaginal intercourse between himself and ██████ and to paying ██████ $500 for the shoot. ██████ denied knowing that ██████ was a minor prior to the photo shoot. A Nikon camera was used to take these photos; Nikons are not manufactured within the United States.

12. Your affiant interviewed ██████ on September 17, 2008. During this interview, ██████ stated that ██████ did not have ██████ cellular telephone number, and that ██████ communicated directly with Frock to set up the photo shoot.

13. During her interview with TFC Liddick, ██████ stated that on another occasion, which she believed to be in August

2006, Frock transported her to Virginia for the purposes of participating in a pornographic photo shoot with a second adult male, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ date of birth ▇▇▇▇▇▇ 1968.

14. ▇▇▇▇▇ was interviewed by SA Backes on May 13, 2008 and July 18, 2008. ▇▇▇▇▇▇ admitted to conducting a pornographic photo shoot with ▇▇▇▇ in the basement of his home located at ▇▇▇▇▇▇▇▇▇▇▇▇▇ Purcellville, Virginia, in approximately October 2006. ▇▇▇▇▇▇ arranged the photo shoot through telephone conversations with a woman representing herself as ▇▇▇▇▇ aunt. This woman set the date and time of the photo shoot, requested directions to ▇▇▇▇▇▇ home and transported ▇▇▇▇ to the photo shoot. ▇▇▇▇▇▇ was shown a photograph of Frock and positively identified her as the woman representing herself as ▇▇▇▇▇▇ aunt.

15. ▇▇▇▇▇ further stated that Frock accompanied ▇▇▇▇▇ to the basement of ▇▇▇▇▇▇ home, and was present for a portion of the photo shoot. The shoot included naked images of ▇▇▇▇ in which her breasts and genitalia were clearly visible, as well as photographs of ▇▇▇▇▇ engaged in oral and vaginal sex with ▇▇▇▇▇ Following the shoot, ▇▇▇▇▇▇ gave $600 to Frock as payment. ▇▇▇▇▇▇ believed that he asked ▇▇▇▇▇ for identification to show that she was at least eighteen years of age. ▇▇▇▇▇ said that she did not have any with her, and Frock vouched for ▇▇▇▇▇ being over eighteen. ▇▇▇▇▇▇ denied knowing that ▇▇▇▇▇ was a minor at the time of the photo shoot.

16. ▇▇▇▇▇▇ stated that he received two or three telephone calls from Frock requesting to schedule another photo shoot with ▇▇▇▇▇ after the shoot that occurred in his basement. ▇▇▇▇▇▇ told Frock that he was not interested. Some time later, ▇▇▇▇▇▇ received a voicemail from Frock in which Frock told him that

███ was seventeen years of age. Frock indicated that the State Police were at her home, and she threatened to tell them about ███ photo shoot unless ███ helped Frock encrypt her computer or delete files from it. Following this telephone call, ███ destroyed the photographs he had of ███

### CONCLUSION

17. Based on the aforementioned factual information, your affiant respectfully submits that there is probable cause to believe that Deborah Gail Frock committed violations of Title 18, United States Code, Section 2251(a) (Production of Child Pornography).

_____
Juan-Carlos Guerra
Special Agent
Federal Bureau of Investigation

Sworn and subscribed before this 28th day of October, 2008.

_____
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE