

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

Rod J. Rosenstein
United States Attorney

Solette Magnelli
Assistant United States Attorney

36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201

DIRECT: 410-209-4867
MAIN: 410-209-4800
FAX: 410-962-0716
TTY/TDD: 410-962-4462
Solette.Magnelli@usdoj.gov

FILED ___ ENTERED
LOGGED ___ RECEIVED

DEC 17 2008

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

December 16, 2008

*ORDER: In light of this letter, earlier information directing of briefs VACATED. 12/16/08*

Honorable James K. Bredar
United States Magistrate Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

Re: United States v. Deborah Frock, Case No. 08-3485 PWG

Dear Judge Bredar:

As requested, I submit this letter to further clarify the position of the government regarding the original, unredacted Affidavit in the above-case and its disclosure to defense counsel. Upon notifying the attorneys for the witnesses in this matter, the government has agreed to provide defense counsel with a copy of the original, unredacted Affidavit. In light of these events, no further briefing will be submitted by the government unless the Court should require otherwise.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Solette A. Magnelli
Assistant United States Attorney

cc: Katherine Newberger, Esq. (via fax)